| | |
|---|---|
| 1 | SCOTT N. SCHOOLS (SCSBN 9990)<br>United States Attorney |
| 2 | |
| 3 | BRIAN J. STRETCH (CSBN 163973)<br>Chief, Criminal Division |
| 4 | SUSAN KNIGHT (CSBN 209013)<br>Assistant United States Attorney |

150 Almaden Blvd., Suite 900
San Jose, California 95113
Telephone: (408) 535-5056
FAX: (408) 535-5066
Susan.Knight@usdoj.gov

***E-FILED - 8/21/07***

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 04-20193 RMW |
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND []<br>CONTINUING HEARING DATE AND<br>ORDER EXCLUDING TIME |
| LIONSO ORTIZ, and<br>FELISIANO SALAZAR, | ) | |
| Defendant. | ) | SAN JOSE VENUE |

The undersigned parties respectfully request that the change of plea hearing in the above-captioned matter be continued from August 20, 2007 to September 10, 2007. The reason for the continuance is that the Jack Gordon, who represents defendant Ortiz, is unavailable on August 27, 2007, a date in which the Court recently set for the hearing. Also, the parties have reached a global disposition which requires both defendants to enter guilty pleas at the same time. Therefore, the parties jointly request that the case be continued to September 10, 2007. The parties also request an exclusion under the Speedy Trial Act from August 20, 2007 to September 10, 2007. The undersigned parties agree and stipulate that an exclusion of time is appropriate based on the defendant's need for effective preparation of counsel and continuity of counsel.

1  SO STIPULATED:					SCOTT N. SCHOOLS
2							United States Attorney

3  DATED: 8/17/07					_____/s/_____
4							SUSAN KNIGHT
							Assistant United States Attorney

5
6  DATED: 8/17/07					_____/s/_____
							JACK GORDON
7							Counsel for Mr. Ortiz

8  DATED: 8/17/07					_____/s/_____
							BRUCE FUNK
9							Counsel for Mr. Salazar

10

11     Accordingly, for good cause shown, the Court HEREBY ORDERS that the change of plea
12  hearing be continued from August 20, 2007 to September 10, 2007.
13     The Court FURTHER ORDERS that time be excluded under the Speedy Trial Act from
14  August 20, 2007 to September 10, 2007.  The Court finds, based on the aforementioned reasons,
15  that the ends of justice served by granting the requested continuance outweigh the best interest of
16  the public and the defendant in a speedy trial.  The failure to grant the requested continuance
17  would deny defense counsel reasonable time necessary for effective preparation, taking into
18  account the exercise of due diligence, and would result in a miscarriage of justice.  The Court
19  therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(8)(A)
20  and (B)(iv).
21  SO ORDERED.

22
23  DATED: 8/21/07					*Ronald M. Whyte*_____
							RONALD M. WHYTE
24							United States District Judge

STIPULATION AND [] ORDER
NO. 04-20193 RMW						2